FILED US District Court-UT
MAY 18 '21 PM 12:35

Name: Hoeun Chea, pro se
Address: 14 East 950 South Layton, Utah 84041
Telephone: 801 666-0345
hchea1@bruinmail.slcc.edu

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - Northern DIVISION

Hoeun Chea

Plaintiff,

v.

IHC Health Services Inc.
dba Intermountain Healthcare

Defendant(s).

**COMPLAINT**

Case: 1:21-cv-00073
Assigned To : Bennett, Jared C.
Assign. Date : 5/18/2021
Description: Chea v IHC Health Services

Jury Trial Demanded

### A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought.

### B. PARTIES

1. Name of plaintiff: Hoeun Chea
   Present mailing address: 14 E 950 So
   Layton, Utah

2. Name of first defendant:
Present mailing address or
business location:   IHC Health Services Inc.
d/b/a Intermountain Healthcare
7302 Bingham Junction Blvd
Midvale, Utah 84047

3. Name of second defendant:
Present mailing address or
business location:

4. Name of third defendant:
Present mailing address or
business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   IHC Supply Chain Center
   7302 Bingham Junction Blvd
   Midvale, Utah 84047

2. The discriminatory acts occurred on or about:

   June - August 2019, continuing until
   (Month, Day, Year)   terminated Dec 6, 2019

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

   Sept 30, 2020
   (Month, Day, Year)
   (amended Nov 18, 2020)

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

_____Sept 30, 2020_____
(Month, Day, Year)   amended Nov 18, 2020

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

_____Feb 17, 2021_____
(Month, Day, Year)

(Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

   a. _____  Failure to employ me
   b. _____  Failure to promote me
   c. ✓         Termination of my employment
   d. _____  Demotion
   e. _____  Denied equal pay/work
   f. ✓         Sexual harassment
   g. ✓         General harassment
   h. _____  Other acts (Be specific: Attach an additional sheet if necessary)

   _____
   _____
   _____

7. Defendant's conduct is discriminatory with respect to:

   a. ✓  my race        d. _____  my religion
   b. ✓  my color       e. ✓         my national origin
   c. ✓  my sex         f. _____  my age
                        g. retaliation

8. I believe that the defendant is still committing these acts against me.

   _____ yes      ✓ no

### D. CAUSE OF ACTION

1.     I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

   a.   (1)   Count I: _Harassment on basis of race & sex_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

   _A female coworker frequently made comments that because of my horoscope sign (Scorpio) I was sexually hyperactive. I complained to_ ^My supervisor _to no avail._

   b.   (1)   Count II: _Retaliation culminating in termination of employment_

   (2) Supporting Facts: _After I complained, IHC suspended me for an incident that had happened 6 months earlier. And then soon after I complained, IHC terminated my employment because I allegedly had brought a gun to the workplace which was completely false and therefore pretextual. The female coworker against whom I complained and my supervisor to whom I had complained worked together to get me fired._

### E. INJURY

1.   How have you been injured by the actions of the defendant(s)?

   _I lost my job and salary and benefits $17.80 an hour_
   _I was unemployment for a few weeks, then became re-employed but at a $2.20 an hour lower wage ($15.60)_

### F. REQUEST FOR RELIEF

2.   I believe I am entitled to the following relief:

   _A judgment awarding damages for lost wages & benefits, lost wage differential for at least 2 years, damages for emotional distress, financial stress and expenses and attorneys fees and costs_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at ___Sandy Utah___ on ___May 17___, 2021.
            (Location)

_____
Signature   Hoeun Chea

H:\prose\vii.gui

prepared with assistance of Attorney David Holdsworth