AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

HOEUN CHEA,

    Plaintiff

v.

IHC HEALTH SERVICES, INC. dba INTERMOUNTAIN HEALTHCARE,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:21-CV-00073-TS-DAO

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant and against Plaintiff.

January 3, 2023

*Date*

BY THE COURT:

_/s/ Ted Stewart_
Ted Stewart
United States District Judge