**DAVID J. HOLDSWORTH (4052)**
Attorney for Plaintiff
9125 South Monroe Plaza Way, Suite C
Sandy, UT  84070
Telephone (801) 352-7701
Facsimile (801) 567-9960
david_holdsworth@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| HOEN CHEA, | : | **NOTICE OF APPEAL** |
|---|---|---|
| Plaintiff, | : | |
| v. | : | Civil No.: 1:21-cv-0073-TS-DAO |
| IHC HEALTH SERVICES, | : | Hon. Ted Stewart |
| Defendant. | : | Magistrate Judge Daphne A. Oberg |

NOTICE IS HEREBY GIVEN that Hoeun Chea, Plaintiff above named, hereby appeals to the United States Court of Appeals for the Tenth Circuit, from the District Court's Order Granting Defendant's Motion for Summary Judgment dated January 3, 2023, and Judgment filed January 23, 2023.  Accordingly, Mr. Chea appeals to the U.S. Court of Appeals for the Tenth Circuit the District Court's Judgment in a Civil Case filed and entered on the docket on January 23, 2023.

DATED this 31ˢᵗ day of January, 2023.

                                                */s/ David J. Holdsworth*
                                                David J. Holdsworth
                                                *Attorney for Plaintiff Larisa Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2023, a true, correct and complete copy of the foregoing NOTICE OF APPEAL was delivered upon the attorney(s) indicated below by the method(s):

| | |
|---|---|
| ___ | Facsimile |
| ___ | U.S. Mail |
| ___ | Hand Delivery |
| ___ | Overnight Delivery |
| ___ | E-Mail |
| X | Electronic Filing |

David C. Castleberry, Esq.
MANNING CURTIS BRADSHAW & BEDNAR
136 E South Temple, Suite 1300
Salt Lake City UT 84111
dcastleberry@mc2b.com

                                                        */s/ David J. Holdsworth*
                                                        David J. Holdsworth

C:\Client Files\CheaHoeun\Appeal\notappeal.wpd